1  MELINDA S. RIECHERT, State Bar No. 65504
   LINDSEY K. SCHROEDER, State Bar No. 245425
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: mriechert@morganlewis.com

6  Attorneys for Defendant
   BAYER HEALTHCARE LLC
7
   JASON M. ERLICH, State Bar No. 203661
8  JOHN H. SCARPINO, State Bar No. 151377
   THE ERLICH LAW FIRM
9  150 Post Street, Suite 742
   San Francisco, CA 94108
10 Tel: 415.296.8420
   E-mail: jason@erlichlaw.com
11
   Attorneys for Plaintiff
12 SANJAY BAKSHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SANJAY BAKSHI, | Case No. C07-00881 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | |
| BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company, and DOES 1 through 25 inclusive, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3641728.1                              1                    STIPULATION AND [PROPOSED] ORDER
                                                                 SELECTING ADR PROCESS
                                                                 (CASE NO. C07-00881 CW)

1  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
2  *appreciably more likely to meet their needs than any other form of ADR, must participate in an*
3  *ADR phone conference and may not file this form. They must instead file a Notice of Need for*
4  *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
5  **Private Process:**
6  ☐ Private ADR (please identify process and provider) _____
7
8  The parties agree to hold the ADR session by:
9  ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring*
10 *the case to an ADR process unless otherwise ordered.)*
11 ☐ other requested deadline:
12
13 Dated: May 4, 2007                    MORGAN, LEWIS & BOCKIUS, LLP
14
15                                       By: /s/ Melinda S. Riechert
                                         Melinda Riechert
16                                       Attorney for Defendant
17                                       BAYER HEALTHCARE LLC
18 Dated: May 4, 2007                    THE ERLICH LAW FIRM
19
20                                       By: /s/ Jason Erlich
                                         Jason Erlich
21                                       Attorneys for Plaintiff
                                         SANJAY BAKSHI
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3641728.1                           2              STIPULATION AND [PROPOSED] ORDER
                                                        SELECTING ADR PROCESS
                                                        (CASE NO. C07-00881 CW)

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- [X] Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session

- [X] 90 days from the date of this order.
- ☐ other _____

**IT IS SO ORDERED.**

Dated: 5/8/07

*[signature: Claudia Wilken]*

Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE